CITY OF MAYFIELD HEIGHTS, APPELLEE, *v.* SNAPPY
CAR RENTAL, INC. ET AL., APPELLANTS.

DAVIS DEVELOPMENT GROUP, INC. ET AL., APPELLANTS,
*v.* CITY OF MAYFIELD HEIGHTS, APPELLEE.

[Cite as *Mayfield Hts. v. Snappy Car Rental,
Inc.* (1996), 77 Ohio St.3d 1217.]

(No. 95–2093—Submitted October 16, 1996—Decided December 11, 1996.)

*Kitchen, Deery & Barnhouse Co., L.P.A., Vincent A. Feudo* and *William F. Schmitz,* for appellee.

*Hermann, Cahn & Schneider, Kent B. Schneider* and *Thomas P. Marotta,* for appellant Snappy Car Rental, Inc.

*Benesch, Friedlander, Coplan & Aronoff, P.L.L.,* and *Edward Kancler,* for appellants Davis Development Group, Inc. and Lander Haven Country Club Estates, Ltd.

---

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.